Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE SCHULTZ, | ) Case No. 3:11-cv-00127-H -RBB |
| Plaintiff, | ) **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| vs. | ) |
| GLOBAL CREDIT & COLLECTION CORPORATION, | ) |
| Defendant. | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 17th day of September, 2010

By: s/Todd M. Friedman
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

By: s/David Kaminski
    Carlson & Messer LLP
    Attorney for Defendant

1  Filed electronically on this 24th day of June, 2011, with:

2  United States District Court CM/ECF system

3
4  Notification sent electronically via the Court's ECF system to:

5  David J. Kaminski, Esq.
   CARLSON & MESSER LLP
6  5959 W. Century Boulevard, Suite 1214
7  Los Angeles, CA 90045

8  This 24th day of June, 2011.
9
10 s/Todd M. Friedman
   Todd M. Friedman
11