# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE SCHULTZ,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br><br>GLOBAL CREDIT & COLLECTION CORPORATION,<br><br>　　　　　　　　　　Defendant. | CASE NO. 11-CV-127 H (RBB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DIRECTING THE CLERK TO CLOSE THE CASE** |

On June 24, 2011, Plaintiff Steve Schultz and Defendant Global Credit & Collection Corporation filed a joint motion to dismiss this case in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41. (Doc. No. 10.) The Court, for good cause shown, GRANTS the joint motion and dismisses the case with prejudice in its entirety. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: June 27, 2011

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT